UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CONNECTUS LLC d/b/a EDEGREE ADVISOR,   Case No.:8:15-cv-02778-VMC-JSS

   Plaintiff,

vs.

AMPUSH MEDIA, INC., and DGS EDU, LLC,

   Defendants.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

  Plaintiff, CONNECTUS LLC d/b/a EDEGREE ADVISOR, by its undersigned counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, discloses the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

   a) **Connectus LLC d/b/a EDegree Advisor, a Florida Limited Liability Co.**
      **Digital Media Solutions, LLC**
      **Prism Data, LLC**

   b) **Thomas G. Long, Esq.**
      **Amy E. Stoll, Esq.**
      **Barnett Bolt Kirkwood Long & Koche**
      **Attorneys for Plaintiff, Connectus, LLC d/b/a EDegree Advisor, LLC**

   c) **Ampush Media, Inc., is a Delaware corporation with its principal place of business in San Francisco, California.**

   d) **Fredrick H.L. McClure, Esq.**
      **J. Trumon Phillips, Esq.**
      **DLA Piper, LLP**
      **Attorneys for Defendant, Ampush Media, Inc.**

   e) **DGS EDU, LLC, is a Delaware Limited Liability Company**
      **Digital Globe Services, Inc.**

    f)    **William F. Jung, Esq.**
**June and Sisco, P.A.**
**Attorneys for Defendant, DGS EDU, LLC**

**Michael J. Sullivan, Esq.**
**Amy D. Barry, Esq.**
**Ashcroft Law Firm, LLC**
**Attorneys for Defendant, DGS EDU, LLC**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   **None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

   **None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

   **Connectus, LLC d/b/a EDegree Advisor**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

        BARNETT, BOLT, KIRKWOOD,
        LONG & KOCHE

        *s/Amy E. Stoll*

        Amy E. Stoll
        Florida Bar No. 150959
        601 Bayshore Boulevard
        Suite 700
        Tampa, FL  33606
        (813) 253-2020 Telephone
        (813) 251-6711 Facsimile
        astoll@barnettbolt.com
        Secondary email:
        ltimmons@barnettbolt.com
        lharrod@barnettbolt.com
        *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF, and electronic notice to all counsel via email this February 2, 2016 to:

| | |
|---|---|
| J. Trumon Phillips, Esq.<br>Fredrick H.L. McClure<br>DLA PIPER LLP<br>Attorneys for Defendant, Ampush<br>100 North Tampa Street<br>Suite 2200<br>Tampa, FL 33602 | Fredrick.mcclure@dlapiper.com<br>Trumon.phillips@dlapiper.com<br>Sheila.hall@dlapiper.com<br>Deborah.boyle@dlapiper.com |
| William F. Jung, Esq.<br>Jung & Sisco, P.A.<br>Attorneys for Def. DGS EDU<br>101 East Kennedy Boulevard<br>Suite 3920<br>Tampa FL 33602 | wjung@jungandsisco.com<br>droberts@jungandsisco.com |
| Michael J. Sullivan, Esq.<br>Amy D. Barry, Esq.<br>Ashcroft Law Firm, LLC<br>Attorneys for Def. DGS EDU<br>200 State St. Fl 7<br>Boston, MA  02109 | ABarry@ashcroftlawfirm.com<br>msullivan@ashcroftlawfirm.com |

             s/ *Amy E. Stoll*
             Attorney