UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CONNECTUS LLC<br>d/b/a EDEGREE ADVISOR,<br><br>        Plaintiff,<br><br>v.<br><br>AMPUSH MEDIA, INC., and<br>DGS EDU, LLC,<br><br>        Defendants. | Case No. 8:15-cv-02778-VMC-JSS |

**DECLARATION OF DOUGLAS KIDDER IN SUPPORT OF
PLAINTIFF CONNECTUS LLC d/b/a EDEGREE ADVISOR'S OPPOSITION TO
DEFENDANTS' MOTION TO STRIKE/EXCLUDE THE REPORT, OPINIONS, AND
TESTIMONY OF DOUGLAS KIDDER**

I, Douglas Kidder, declare as follows:

1. I am a Managing Partner with OSKR, LLC, a firm that provides expert services primarily in the area of damages calculations with a particular focus on intellectual property and antitrust. I have been retained by counsel for Connectus LLC d/b/a eDegree Advisor ("eDegree") to provide opinions on damages arising from the alleged misappropriation of eDegree's leads by DGS Edu, LLC ("DGS") and Ampush Media, Inc. ("Ampush"), collectively the "Defendants." I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion to Strike/Exclude the Report, Opinions, and Testimony of Douglas Kidder. I make this declaration based on personal knowledge of the facts and circumstances set forth herein.

2. I have been requested by counsel for Plaintiff to provide examples of eDegree leads that were sold by Defendants to its affiliates and universities. The data underlying this analysis is very detailed and voluminous. I have provided tables with summaries of the example

1

eDegree leads in the body of this declaration and further detail on these same leads in exhibits attached to this declaration. All of the information available is contained in Defendant's production.

3. The eDegree leads can be divided into three categories:

(1) **Non-Matched Leads**: leads that were searched by eDegree on Defendants' web portal, but were not submitted to a university by eDegree via Defendants' portal;

(2) **Disqualified Leads**: leads that eDegree submitted to Defendants as a match to a university but were Disqualified for reasons including being a duplicate or invalid lead; and

(3) **Qualified Leads**: leads that eDegree submitted to Defendants as a match to a university and accepted by the university.[1]

4. In developing the opinions set forth in my November 8, 2016, expert report and December 5, 2016, supplemental expert report in this case, I analyzed data produced by Defendants and eDegree. That data shows that both Ampush and DGS[2] sold leads from all three categories above to:

(1) other marketing companies (known as "**affiliates**"); and
(2) other **universities**.

5. Based on the deposition transcripts I have read and other evidence, it is my understanding that leads that were searched or "pinged" by eDegree were captured by Defendant's systems. At the moment the lead was captured it was not yet known whether the lead would be a Non-Matched Leads, a Qualified Lead or a Disqualified Lead. Some or all of these leads were sold or automatically transmitted to affiliates and a smaller number were called directly by Defendants through an affiliated call center that used the name "EducationMatch[3]

---

[1] Certain leads might be disqualified by one university but qualified for another. In my examples I have not included any of these type of leads.
[2] I have assumed that transactions dated on or prior to October 31, 2013, were performed by Ampush, and transactions dated after October 31, 2013, were performed by DGS.
[3] See Michael Darwal Depo Tr. 277:7-10.

2

which would attempt to match them with and sell them to universities.

6. For my reports I was able to identify unique email addresses in the data files produced by Defendants to determine the use made of particular leads by Defendants. All the data files contain email addresses for the leads and time stamps of when an action was taken for that lead (e.g. transmitted to an affiliate or submitted to a university). The data files upon which I relied for this analysis are:

(1) DGS000164 – 192: a list of each time an eDegree lead was transmitted by Defendants to an affiliate and the identity of that affiliate.

(2) DGS000193: a list of all the leads submitted by eDegree to universities using the Defendant's web portal. This data file contains both Qualified Leads and Disqualified Leads.

(3) DGS000200: a list of all leads (from eDegree as well as other sources) submitted by Defendants to universities. This data file contains only Qualified Leads.

7. Graphically, the categories of leads can be separated by their use by Defendants:

|  |  | Use of Lead by Defendants | |
|---|---|---|---|
|  |  | Sold to Affiliates | Sold to Universities |
| **Category of Lead** | Non-Matched Leads | ✓ | ✓ |
|  | Disqualified Leads | ✓ | ✓ |
|  | Qualified Leads | ✓ | ✓ |

8. The evidence shows that both Ampush and DGS sold all categories of leads to both affiliates and universities. In this declaration, I have provided five examples for each category / use combination for both Ampush and DGS. As a result, I have provided one table and exhibit for each of 12 combinations of category, use and defendant.

9. I understand that Defendants admit that they sold Non-Matched Leads to affiliates and universities. The data Defendants produced bears this out. In Table 1 below, I list five examples of leads that were (i) searched by eDegree on Ampush's web portal, (ii) not submitted

3

to any university through Ampush's web portal by eDegree, and (iii) sold to Ampush's affiliates. For further detail, see Exhibit 1.

**Table 1: Examples of Non-Matched Leads Sold to Affiliates by Ampush**

| Email | Number of Affiliate Sales |
|---|---|
| 001KA*****@GMAIL.COM | 6 |
| 007BE*****@GMAIL.COM | 5 |
| 00MID*****@GMAIL.COM | 6 |
| BANKS*****@GMAIL.COM | 5 |
| CAVAN*****@GMAIL.COM | 7 |

10. Similarly, in Table 2 below, I list five examples of leads that were (i) searched on DGS's web portal, (ii) not submitted to any university through DGS's web portal by eDegree and (iii) sold to DGS' affiliates. For further detail, see Exhibit 2.

**Table 2: Examples of Non-Matched Leads Sold to Affiliates by DGS**

| Email | Number of Affiliate Sales |
|---|---|
| 0007R*****@GOOGLE.COM | 5 |
| 000DI*****@GMAIL.COM | 8 |
| 00190*****@FULLCOLL.EDU | 6 |
| ENDIE*****@YAHOO.COM | 7 |
| SANSK*****@GMAIL.COM | 6 |

11. Defendants sold some leads to both affiliates and universities. In Table 3 below, I list five examples of leads that were (i) searched on Ampush's web portal, (ii) not submitted to any university through Ampush's web portal by eDegree (iii) sold to Ampush's affiliates and (iv) sold to universities by Ampush. For further detail, see Exhibit 3.

**Table 3: Examples of Non-Matched Leads Sold to Affiliates and Universities by Ampush**

| Email | Number of Affiliate Sales | Number of University Sales | University Name[4] |
|---|---|---|---|
| BIGDA*****@YAHOO.COM | 8 | 1 | American InterContinental University |
| BILLY*****@GMAIL.COM | 7 | 1 | Kaplan University 3 |
| CHRIS*****@YAHOO.COM | 8 | 1 | Kaplan University WT |
| JAMEN*****@YAHOO.COM | 6 | 1 | Campus Explorer : EducationMatch |
| RODRI*****@YAHOO.COM | 7 | 3 | Kaplan University 3 |

12. In Table 4 below, I list five examples of leads that were (i) searched on DGS's web portal, (ii) not submitted to any university through DGS's web portal by eDegree (iii) sold to DGS's affiliates and (iv) sold to universities by DGS. For further detail, see Exhibit 4.

**Table 4: Examples of Non-Matched Leads Sold to Affiliates and Universities by DGS**

| Email | Number of Affiliate Sales | Number of University Sales | University Name[5] |
|---|---|---|---|
| ANTWA*****@GMAIL.COM | 6 | 3 | Kaplan University C2 |
| BREND*****@GMAIL.COM | 6 | 1 | Ultimate Medical Academy |
| JAMIE*****@GMAIL.COM | 7 | 1 | Everest University Online CV |
| MARKE*****@GMAIL.COM | 3 | 1 | Colorado Christian University |
| RANEL*****@YAHOO.COM | 4 | 2 | Kaplan University C |

13. It is my understanding that Defendants deny that they monetized or used leads that Plaintiff submitted to universities through their portal (regardless of whether those leads were Qualified or Disqualified). However, the data produced by the Defendants clearly shows otherwise. Using the email address associated with each lead, I was able to identify leads that

---

[4] Some of the leads were sold to multiple universities. In those instances I have just listed one of the universities. For a complete list of universities, please see the corresponding exhibit.
[5] Some of the leads were sold to multiple universities. In those instances I have just listed one of the universities. For a complete list of universities, please see the corresponding exhibit.

eDegree submitted to a university using Defendants' web portal and which Defendants subsequently sold to affiliates and/or to additional universities. In order to exclude the possibility that this happened as a result of Defendants obtaining the same lead from multiple sources, I limited my search to cases where Defendants recorded sales to affiliates or universities in close proximity to the time when eDegree submitted the lead through Defendants' web portal. Given the fact that eDegree's call center representative would have been on the phone with the prospective student at the time eDegree submitted the lead through Defendants' portal, it would be highly unlikely that the lead arrived nearly simultaneously in Defendant's system through any other channel.[6]

14. In addition, I understand that Defendants retained information on the source of each lead that would have allowed them to demonstrate that a lead had come in nearly simultaneously from two different sources, if that had in fact been the case.[7] Defendants have not produced any such data to support a theory that the same lead was being searched virtually simultaneously by eDegree and another lead provider.

15. In Table 5 below, I list five examples of leads that were (i) searched on Ampush's web portal, (ii) submitted to a university by eDegree using Ampush's web portal, (iii) disqualified by Ampush or the university, and (iv) sold to Ampush's affiliates. For further detail, see Exhibit 5.

---

[6] Moreover, while the reason why a lead was disqualified by the university was not provided for every lead, a number of them were disqualified as duplicates. [See Exhibits 5-8.] DGS's Director of Product & Optimization, Samit Sheth, testified that when leads are disqualified as duplicates, that generally happens immediately. See Samit Sheth Depo. Tr. 201:13-202:13.

[7] See Michael Darwal Depo Tr. 249:24-250:9, 308:3-14.

Table 5: Examples of Disqualified Leads Sold to Affiliates by Ampush

| Email | Date & Time Submitted by eDegree[8] | Date & Time First Sold to Affiliate | Number of Affiliate Sales |
|---|---|---|---|
| CINDY*****@GMAIL.COM | 26AUG13:10:40 | 26AUG13:10:45 | 5 |
| GREEN*****@YAHOO.COM | 13JUN13:17:25 | 13JUN13:17:25 | 7 |
| SAMUE*****@YAHOO.COM | 26JUN13:11:04 | 26JUN13:11:05 | 8 |
| SMIKL*****@GMAIL.COM | 14SEP13:13:10 | 14SEP13:13:15 | 5 |
| ZELAY*****@HOTMAIL.COM | 26JUN13:07:50 | 26JUN13:07:51 | 8 |

16. Similarly, in Table 6 below, I list five examples of leads that were (i) searched on DGS's web portal, (ii) submitted to a university by eDegree using DGS's web portal, (iii) disqualified by DGS or the university, and (iv) sold to DGS's affiliates. For further detail, see Exhibit 6.

Table 6: Examples of Disqualified Leads Sold to Affiliates by DGS

| Email | Date & Time Submitted by eDegree | Date & Time First Sold to Affiliate | Number of Affiliate Sales |
|---|---|---|---|
| NOTTI*****@YAHOO.COM | 17DEC13:10:35 | 17DEC13:10:40 | 7 |
| PARKE*****@YAHOO.COM | 23JAN14:16:30 | 23JAN14:16:36 | 7 |
| SCHWA*****@GMAIL.COM | 15MAY14:07:15 | 15MAY14:07:21 | 7 |
| SONYA*****@YAHOO.COM | 29NOV13:07:25 | 29NOV13:07:30 | 6 |
| STEVE*****@GMAIL.COM | 24MAR15:12:55 | 24MAR15:12:58 | 9 |

17. Additionally, leads that were disqualified when submitted by eDegree were sold by Defendants to universities shortly after the lead was submitted (and disqualified). In Table 7 below, I list five examples of leads that were (i) searched on Ampush's web portal, (ii) submitted

---

[8] The date and time are displayed as they are in the data produced. The format is Day|Month|Year:Hour:Minute.

to a university by eDegree using Ampush's web portal, (iii) disqualified by Ampush or the university and (iv) sold to a university by Ampush. For further detail, see Exhibit 7.

**Table 7: Examples of Disqualified Leads Sold to Universities by Ampush**

| Email | Date & Time Submitted by eDegree | University Match Submitted by eDegree | Date & Time Submitted by Defendants | University Match Submitted by Defendants |
|---|---|---|---|---|
| GRANT*****@YAHOO.COM | 16SEP13:15:45 | Everest University Online 1 | 16SEP13:16:05 | American InterContinental University |
| JBAKE*****@GMAIL.COM | 20SEP13:09:50 | Everest College Phoenix Online CV | 20SEP13:09:59 | Kaplan University 3 |
| MARLE*****@GMAIL.COM | 01OCT13:13:05 | Keiser University | 01OCT13:13:14 | Kaplan University 3 |
| STUMP*****@GMAIL.COM | 06AUG13:11:30 | Strayer University Campus - CV | 06AUG13:11:38 | The Art Institutes Online WT |
| TAFFA*****@AOL.COM | 11SEP13:09:44 | Walden University | 11SEP13:13:06 | Walden University |

18. Similarly, in Table 8 below I list five examples of leads that were (i) searched on DGS's web portal, (ii) submitted to a university by eDegree using DGS's web portal, (iii) disqualified by DGS or the university and (iv) sold to a university by DGS. For further detail, see Exhibit 8.

8

**Table 8: Examples of Disqualified Leads Sold to Universities by DGS**

| Email | Date & Time Submitted by eDegree | University Match Submitted by eDegree | Date & Time Submitted by Defendants | University Match Submitted by Defendants |
|---|---|---|---|---|
| BECKI*****@GMAIL.COM | 04FEB15:15:20 | Ultimate Medical Academy | 04FEB15:15:33 | Brown Mackie College B |
| JC_CR*****@HOTMAIL.COM | 21JUL14:12:40 | Saint Leo University CV | 21JUL14:12:55 | Kaplan University 4 |
| JENNI*****@GMAIL.COM | 17JUL14:10:15 | Career Technical College | 17JUL14:10:29 | Kaplan University C2 |
| MECHE*****@YAHOO.COM | 30DEC14:14:00 | Everest University Online CV | 30DEC14:14:12 | Independence University WT |
| SNEAK*****@GMAIL.COM | 15MAY14:10:10 | Full Sail University | 15MAY14:11:23 | Kaplan University 4 |

19. Qualified Leads were also sold to affiliates and universities. Starting with sales to affiliates: in Table 9 below I list five examples of leads that were (i) searched on Ampush's web portal, (ii) submitted to a university by eDegree using Ampush's web portal, (iii) accepted as a Qualified Lead and (iv) sold to affiliates by Ampush. For further detail, see Exhibit 9.

**Table 9: Examples of Qualified Leads Sold to Affiliates by Ampush**

| Email | Date & Time Submitted by eDegree | Date & Time First Sold to Affiliate | Number of Affiliate Sales |
|---|---|---|---|
| ALECH*****@YAHOO.COM | 25JUN13:17:05 | 25JUN13:17:19 | 4 |
| CALEB*****@YAHOO.COM | 13JUN13:09:00 | 13JUN13:09:07 | 8 |
| JENIF*****@GMAIL.COM | 25JUN13:09:50 | 25JUN13:09:52 | 7 |
| ROBIS*****@YAHOO.COM | 25JUN13:06:35 | 25JUN13:06:40 | 6 |
| SEVEN*****@GMAIL.COM | 05SEP13:13:20 | 05SEP13:13:20 | 7 |

20.     Similarly, in Table 10 below, I list five examples of leads that were (i) searched on DGS's web portal, (ii) submitted to a university by eDegree using DGS's web portal, (iii) accepted as a Qualified Lead, and (iv) sold to DGS's affiliates.  For further detail, see Exhibit 10.

**Table 10:  Examples of Qualified Leads Sold to Affiliates by DGS**

| Email | Date & Time Submitted by eDegree | Date & Time First Sold to Affiliate | Number of Affiliate Sales |
|---|---|---|---|
| HAMIL*****@GMAIL.COM | 09SEP14:14:55 | 09SEP14:15:00 | 6 |
| JARED*****@GMAIL.COM | 14APR15:12:20 | 14APR15:12:21 | 6 |
| PPERE*****@YAHOO.COM | 30APR14:13:10 | 30APR14:13:15 | 5 |
| ROY25*****@YAHOO.COM | 30JAN15:16:40 | 30JAN15:16:44 | 5 |
| TIMOT*****@YAHOO.COM | 16JUL15:11:55 | 16JUL15:12:01 | 4 |

21.     Finally, leads that were qualified for eDegree were sold by Defendants to universities shortly after the lead was submitted by eDegree.  In Table 11 below, I list five examples of leads that were (i) searched on Ampush's web portal, (ii) submitted to a university by eDegree using Ampush's web portal, (iii) accepted as a Qualified Lead and (iv) sold to one or more universities by Ampush.  For further detail, see Exhibit 11.

**Table 11: Examples of Qualified Leads Sold to Universities by Ampush**

| Email | Date & Time Submitted by eDegree | University Match Submitted by eDegree | Date & Time Submitted by Defendants | University Match Submitted by Defendants |
|---|---|---|---|---|
| A1JRP*****@GMAIL.COM | 03SEP13:08:40 | Full Sail University | 03SEP13:08:51 | The Art Institutes Plattform - Ground |
| ALEXM*****@GMAIL.COM | 13JUN13:09:10 | Strayer University Campus - CV | 13JUN13:09:13 | Kaplan University 3 |
| BGIST*****@GMAIL.COM | 21AUG13:09:50 | Full Sail University | 21AUG13:13:03 | Saint Leo University |
| MONIC*****@HOTMAIL.COM | 03SEP13:09:05 | Ultimate Medical Academy | 03SEP13:13:04 | Independence University WT |
| SURFG*****@YAHOO.COM | 02AUG13:07:50 | The Art Institutes Plattform - Ground | 02AUG13:07:55 | Kaplan University C5 |

22. Similarly, in Table 12 below I list five examples of leads that were (i) searched on DGS's web portal, (ii) submitted to a university by eDegree using DGS's web portal, (iii) accepted as a Qualified Lead and (iv) sold to one or more universities by DGS. For further detail, see Exhibit 12.

Table 12: Examples of Qualified Leads Sold to Universities by DGS

| Email | Date & Time Submitted by eDegree | University Match Submitted by eDegree | Date & Time Submitted by eDegree | University Match Submitted by Defendants |
|---|---|---|---|---|
| CHERR*****@GMAIL.COM | 23JAN15:09:55 | Grand Canyon University | 23JAN15:10:13 | Argosy University WT - Online |
| DAVID*****@GMAIL.COM | 27MAY14:08:30 | Ultimate Medical Academy | 27MAY14:10:27 | Virginia College - CUnet |
| EMILE*****@GMAIL.COM | 27JAN14:08:20 | Grand Canyon University | 27JAN14:15:14 | Kaplan University 3 |
| GRIFF*****@AOL.COM | 04AUG15:12:10 | Keiser University | 04AUG15:12:24 | University of Massachusetts |
| NANCY*****@GMAIL.COM | 06MAY15:07:40 | Grand Canyon University | 06MAY15:09:55 | Argosy University WT - Online |

23. Although I have given examples of each type of behavior in the paragraphs above it is important to understand that the data shows that this kind of behavior was very widespread. Indeed, based on the data produced by Defendants, 44.2% of the leads that eDegree submitted to universities through the Defendant's portal (both subsequently qualified and disqualified) were sold by Defendants to one or more of their affiliates and/or to other universities.[9]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 19, 2017    By: _____

---

[9] Kidder Supplement Report, December 5, 2016, Table 10.