UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CONNECTUS, LLC,<br>d/b/a EDEGREE ADVISOR,<br><br>        Plaintiff,<br>v.<br><br>AMPUSH MEDIA, INC. and<br>DGS EDU, LLC,<br><br>        Defendants. | CASE NO. 8:15-cv-02778-VMC-JSS |

**DEFENDANT AMPUSH'S NOTICE OF FILING OF EXHIBITS
IN SUPPORT OF DOCKET ENTRY 143, JOINT MOTION TO STRIKE/EXCLUDE
THE REPORT, OPINIONS AND TESTIMONY OF
<u>PLAINTIFF'S DESIGNATED EXPERT WITNESS DOUGLAS KIDDER</u>**

Pursuant to this Court's Orders (ECF 172 and 189) dated December 30, 2016 and January 24, 2017 respectively, denying in part Ampush and DGS' Motions to seal, Defendant Ampush Media, Inc. ("Ampush"), by and through its undersigned counsel, hereby submits this Notice of Filing of Exhibits in Support of Docket 143 (the "Notice"). The Notice includes exhibits, and attachments to exhibits not included with Docket No. 143 at the time of filing, pending the motions for leave to seal. Because the Court has denied these documents be filed under seal, Ampush submits them for filing now. Descriptions of the Exhibits are as follows:

| EXHIBIT NOs. | DESCRIPTION |
|---|---|
| A | Expert Report of Douglas George Kidder, dated November 8, 2016, including Attachments A-1 through A-6, and A-7 through A-10, but *excluding* Attachments A-6-1 through A-6-4, which are voluminous, contain student contact information, and are being concurrently filed under seal; |
| B | Supplemental Expert Report of Douglas George Kidder, dated November 8, 2016 |

| EXHIBIT NOs. | DESCRIPTION |
|---|---|
| C-1, 120<br>C-2, 121<br>C-1, 122<br>C-2, 123<br>C-3, 124 | The following deposition exhibits are part of Exhibit C to the Motion filed at ECF 143, Deposition Transcript of Douglas George Kidder, taken November 30, 2016), but were not filed pending the ruling on the Motion to Seal. The following deposition exhibits are now also being filed publically pursuant to this Court's Order:<br><br>Exhibit 120 - Kidder CV<br>Exhibit 121 - Conn 001, chart<br>Exhibit 122 - Ampush Media Service Level Agrt [CONN001333-1341]<br>Exhibit 123 - Expert Report of Douglas Kidder dated 11/8/16<br>Exhibit 125 - 11/22/16 Expert Report of Dana Trexler Smith |
| D<br>D-1, 150<br>D-2, 151 | The deposition of Dana Smith Trexler, taken December 5, 2016, and the deposition exhibits of Dana Smith:<br><br>Exhibit 151 - Deposition Notice<br>Exhibit 151 - Expert Report of Dana Trexler Smith, CPA/CFF dated November 22, 2016 |

Dated: February 1, 2017                                Respectfully submitted,


By:        /s/ Steven Martin Aaron
Steven Martin Aaron (admitted *pro hac vice*)
Jacqueline M. Whipple (admitted *pro hac vice*)
DENTONS US LLP
4520 Main Street, 11th Floor
Kansas City, MO 64111-7700
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    - Telephone
816-531-7545  - Facsimile
steven.aaron@dentons.com
jacqueline.whipple@dentons.com

Fritz Scheller
Florida Bar Number 183113
FRITZ SCHELLER, P.L.
200 E. Robinson, Suite 1150
Orlando, Florida 32801
407-792-1285  - Telephone
407-513-4146  - Facsimile
fscheller@flusalaw.com

***ATTORNEYS FOR DEFENDANT AMPUSH, LLC***

| EXHIBIT NOs. | DESCRIPTION |
| --- | --- |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served this 1st day of February 2017 by the Court's electronic filing system, on the following attorneys of record:

Clement Roberts (*Pro Hac Vice*)
Johanna Calabria (*Pro Hac Vice*)
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
415-362-6666 Telephone
415-236-6300 Facsimile
croberts@durietangri.com
jcalabria@durietangri.com

Thomas G. Long (Florida Bar No. 367321)
Amy E. Stoll (Florida Bar No. 150959)
BARNETT, BOLT, KIRKWOOD,
   LONG & KOCHE
601 Bayshore Boulevard, Suite 700
Tampa, FL 33606
813-253-2020 Telephone
813-251-6711 Facsimile
tlong@barnettbolt.com
astoll@barnettbolt.com
Secondary email:
kturley@barnettbolt.com
cgrant@barnettbolt.com

*ATTORNEYS FOR EDEGREE CONNECTUS LLC d/b/a EDEGREE ADVISOR*

Michael J. Sullivan
ASHCROFT SULLIVAN, LLC
200 State Street, 7th Floor
Boston, MA 02109
617-573-9400 - Telephone
617-933-7607 - Facsimile
MSullivan@AshcroftLawFirm.com

William F. Jung
Florida Bar No. 300040
wjung@jungandsisco.com
JUNG AND SISCO, P.A.
Tampa, Florida 33602
813-225-1988 - Telephone
813-225-1398 - Facsimile

*ATTORNEYS FOR DEFENDANT DGS EDU, LLC*


      /s/    Steven Martin Aaron
An attorney for Defendant Ampush