# EXHIBIT D-1
# Smith Dep Ex. 150

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CONNECTUS LLC<br>d/b/a EDEGREE ADVISOR,<br><br>Plaintiff,<br><br>v.<br><br>AMPUSH MEDIA, INC., and<br>DGS EDU, LLC,<br><br>Defendants. | Case No. 8:15-cv-02778-VMC-JSS |

**PLAINTIFF'S NOTICE OF DEPOSITION OF DANA TREXEL SMITH**

EXHIBIT 150
D. T. Smith, CPA
12/5/16
S. Arielle Santos, RPR, CSR
Aptus Reporting

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiff Connectus LLC d/b/a eDegree Advisor will take the deposition of Dana Trexel Smith on Monday, December 5, 2016. The deposition will begin at 9:00 a.m. (Eastern) at the offices of Regus – International Plaza, 1 International Plaza, Suite 550, Philadelphia, PA 19113. Ms. Smith's testimony will be recorded by videotape and stenographic transcription, and will continue day to day, holidays excluded, until completed.

Dated: December 1, 2016

DURIE TANGRI LLP

By:     /s/ Clement S. Roberts

Clement Roberts (*Pro Hac Vice*)
Johanna Calabria (*Pro Hac Vice*)
Raghav Krishnapriyan (*Pro Hac Vice*)
217 Leidesdorff Street
San Francisco, CA 94111
(415) 362-6666 Telephone
(415) 236-6300 Facsimile
croberts@durietangri.com
jcalabria@durietangri.com
rkrishnapriyan@durietangri.com

Thomas G. Long (Florida Bar No. 367321)
Amy E. Stoll (Florida Bar No. 150959)
BARNETT, BOLT, KIRKWOOD, LONG
& KOCHE
601 Bayshore Boulevard, Suite 700
Tampa, FL 33606
(813) 253-2020 Telephone
(813) 251-6711 Facsimile
tlong@barnettbolt.com
astoll@barnettbolt.com
*Secondary email:*
kturley@barnettbolt.com
cgrant@barnettbolt.com

*Attorneys for Plaintiff*
*CONNECTUS LLC d/b/a EDEGREE ADVISOR*

# PROOF OF SERVICE

I am a citizen of the United States and resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is 217 Leidesdorff Street, San Francisco, CA 94111.

On December 1, 2016, I served the following documents in the manner described below:

**PLAINTIFF'S NOTICE OF DEPOSITION OF DANA TREXEL SMITH**

☐ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Durie Tangri LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

☐ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY FACSIMILE) I am personally and readily familiar with the business practice of Durie Tangri LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☐ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Durie Tangri LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

☒ BY ELECTRONIC SERVICE: By electronically mailing a true and correct copy through Durie Tangri's electronic mail system from jcotton@durietangri.com to the email addresses set forth below.

☐ (BY PERSONAL DELIVERY) I caused such envelope to be delivered by hand to the offices of each addressee below.

On the following part(ies) in this action:

Michael J. Sullivan
Amy D. Barry
Brian J. Leske
Ashcroft Law Firm, LLC
200 State Street, 7th Floor
Boston, MA 02109
abarry@ashcroftlawfirm.com

Steven M. Aaron
Nick Pujji
Jacqueline M. Whipple
Dentons US LLP
4520 Main St., Ste 1100
Kansas City, MO 64050
Tel: 816-460-2400
steven.aaron@dentons.com

2

msullivan@ashcroftlawfirm.com
bleske@ashcroftlawfirm.com
MReilly@ashcroftlawfirm.com

*Attorneys for Defendant*
*DGS EDU, LLC*

nick.pujji@dentons.com

Fritz J. Scheller
Fritz Scheller, PL
200 E Robinson St, Suite 1150
Orlando, FL 32801
Tel: 407-792-1285
Fax: 407-513-4146
fscheller@flusalaw.com

*Attorneys for Defendant*
*Ampush Media, Inc.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 1, 2016, at San Francisco, California.

/s/ *Janelle Cotton*
Janelle Cotton