**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CONNECTUS LLC
d/b/a EDEGREE ADVISOR,

     Plaintiff,

 v.              Case No. 8:15-cv-02778-VMC-JSS

AMPUSH MEDIA, INC.,

     Defendant.

---

**JOINT STIPULATION OF DISMISSAL**

  Plaintiff Connectus LLC d/b/a Edegree Advisor, ("Plaintiff") and Defendant Ampush Media, Inc. ("Ampush") (together, the "Parties"), by and through their respective undersigned counsel, and pursuant to a settlement reached by Plaintiff and Defendants, as well as Rule 41(a)(A)(ii) of the Federal Rules of Civil Procedure, and this Court's Endorsed order dated 6/26/2017 (ECF 250),  the Parties hereby stipulate that this case, and all associated claims, will be dismissed with prejudice, with each party to bear their own attorney's fees and costs

Dated: August 3, 2017      Respectfully submitted,

           By:   /s/ Clement Roberts
             Clement Roberts (Admitted *Pro Hac Vice*)
             Raghav Krishnapriyan (Admitted *Pro Hac Vice*)
             217 Leidesdorff Street
             San Francisco, CA 94111
             (415) 362-6666 Telephone
             (415) 236-6300 Facsimile
             croberts@durietangri.com
             rkrishnapriyan@durietangri.com

104503468\V-1

Thomas G. Long (Florida Bar No. 367321)
Amy E. Stoll (Florida Bar No. 150959)
BARNETT, BOLT, KIRKWOOD, LONG
& KOCHE
601 Bayshore Boulevard, Suite 700
Tampa, FL 33606
(813) 253-2020 Telephone
(813) 251-6711 Facsimile
tlong@barnettbolt.com
astoll@barnettbolt.com
*Secondary email:*
kturley@barnettbolt.com
cgrant@barnettbolt.com

*ATTORNEYS FOR PLAINTIFF*
*CONNECTUS LLC d/b/a EDEGREE ADVISOR*

Dated: August 3, 2017

By:        /s/ Steven Martin Aaron

Steven Martin Aaron (Admitted *Pro Hac Vice*)
Jacqueline M. Whipple (Admitted *Pro Hac Vice*)
DENTONS US LLP
4520 Main Street, 11th Floor
Kansas City, Missouri 64111
816-460-2400 - Telephone
816-531-7545 - Facsimile
steven.aaron@dentons.com
jaqueline.whipple@dentons.com

Fritz Scheller, Fla. Bar Number 183113
FRITZ SCHELLER, P.L.
200 E. Robinson, Suite 1150
Orlando, Florida 32801-1970

***ATTORNEYS FOR AMPUSH MEDIA, INC.***

2

104503468\V-1